■ FRANKLIN J. LONG, Petitioner, v BOARD OF EDUCATION OF THE NORTH SYRACUSE CENTRAL SCHOOL DISTRICT et al., Respondents.—Determination unanimously confirmed without costs and petition dismissed. Memorandum: There is substantial evidence in the record to support respondent's determination that petitioner, a mechanic, was guilty of misconduct and incompetence in the performance of his work. We cannot say on this record that the penalty of dismissal was improper *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222, 237). We reject petitioner's argument that he was denied his constitutional right to a fair hearing because he was not sufficiently apprised of the charges against him. In our view, the charges were sufficiently specific to enable him to prepare his defense *(see, Matter of Fitzgerald v Libous,* 44 NY2d 660; *Matter of Buffalo Mem. Chapels v Axelrod,* 152 AD2d 969; *Matter of Bahouth v Sardino,* 125 AD2d 990, 991; *cf., Montrois v City of Watertown,* 115 AD2d 298, *appeal dismissed* 67 NY2d 757). (Article 78 proceeding transferred by order of Supreme Court, Onondaga County, Miller, J.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ RUDOLPH GIERKE, Respondent, v EVERETT W. WOODWORTH, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Kozlowski v City of Amsterdam,* 111 AD2d 476, 477; *Champion Intl. Corp. v Dependable Indus. Corp.,* 47 AD2d 473, 475, *appeal dismissed* 36 NY2d 983; *Sawdon v Sawdon,* 39 AD2d 883). (Appeal from order of Supreme Court, Erie County, Gorski, J.—set aside jury verdict.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ ROBERT SEGOOL, Appellant, v CHRISTINA M. SEGOOL, Respondent.—Order unanimously affirmed without costs. Memorandum: The court properly ordered a hearing on the issue of temporary custody and preserved the status quo by awarding custody pending the hearing to defendant wife *(see, Biagi v Biagi,* 124 AD2d 770; *see also, Matter of Long v Scism,* 143 AD2d 95). We add only that the hearing should be held forthwith. (Appeal from order of Supreme Court, Erie County, Francis, J.—custody.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.